FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2007 MAR 30 PM 2: 46

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

Case No. 3:97-cr-198-J-20TEM

MELVIN CHARLES NEWMAN

_____/

## SUPERVISED RELEASE REVOCATION
### and
## JUDGMENT AND COMMITMENT

On March 29, 2007, John J. Sciortino, Assistant United States Attorney, and the Defendant, MELVIN CHARLES NEWMAN, appeared in person and with his counsel, James A. Hernandez, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 73, filed February 7, 2007).

The Defendant, having heretofore been convicted on February 13, 1998, in Case No. 97-198-Cr-J-20B, of offenses charged, to wit: Armed bank robbery, in violation of 18 U.S.C. § 82113(a), as charged in Count One of the Indictment; Use of a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c) and 2, as charged in Count Two of the Indictment; and was sentenced to be imprisoned for a term of 54 months on Count One and 60 months on Count Two, to run consecutively for a total term of imprisonment of 114 months; and was placed on supervised release for a term of five (5) years on Count One and three (3) years on Count Two, to run concurrently;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 73, filed February 7, 2007) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **21 months**.

3. Upon release from confinement, the Defendant shall be on supervised release for a term of **three (3) years**, under the standard conditions of supervision, and the following special condition:

a. The defendant shall participate as directed in an in-patient or out-patient program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

4. The Defendant is remanded to the custody of the United States Marshal to await designation of the institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of March, 2007.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
John J. Sciortino, Esq.
James A. Hernandez, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office